No. 80. JESSE O. STARR ET AL. *v.* STATE OF NEW MEXICO. Error to the Supreme Court of the State of New Mexico. Argued November 9, 1920. Decided November 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Spencer* v. *Duplan Silk Co.*, 191 U. S. 526, 530; *Hull* v. *Burr*, 234 U. S. 712, 720; *Shulthis* v. *McDougal*, 225 U. S. 561, 569; *Norton* v. *Whiteside*, 239 U. S.

144, 147. *Mr. H. B. Holt* with whom *Mr. Frank Herron* and *Mr. W. A. Sutherland* were on the brief, for plaintiffs in error. *Mr. Harry S. Bowman,* for defendant in error, submitted. *Mr. O. O. Askren* was also on the brief.